*#667989 #128571*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2010 JUN 10 PM 2:42

IN RE:                *        CASE # 05-33155 W
                               CHAPTER 13
                      *
Kirk, Carol L.
Debtor                *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – several attempts to contact them since April 2007. Trustee issued stop payments and voided several disbursement checks.

2. The balance of funds for the creditor in the amount of **$105.11** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| --- | Toledo Community Lithotripter<br>P O Box 2480<br>Toledo, Oh 43606-0480 | 12.44 | Balance |
| 629297 | Toledo Community Lithotripter<br>P O Box 2480<br>Toledo, Oh 43606-0480 | 48.88 | 12/31/09 |
| 610764 | Same as above | 24.44 | 10/30/09 |
| 292930 | Toledo Community Lithrotriper<br>3158 W Central<br>Toledo, Oh 43606 | 19.35 | 04/26/07 |

3. Your trustee's check #667989 in the amount of $105.11 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 05/28/10

John P. Gustafson
Trustee in Bankruptcy